AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| BANK OF THE WEST | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. CV-19 1543 |
| M/V LADY LAZE, her engines, tackle, apparel, appurtenances, etc., having Official No. 1148654 and Hull Serial No. SERP5770K203, in rem, and PHILIPPE LAJAUNIE, in personam | ) ) ) ) | |
| _Defendant(s)_ | ) | |

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 22 2019 ★

LONG ISLAND OFFICE

GARAUFIS, J.

SCANLON, M.J.

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

PHILIPPE LAJAUNIE
411 PARK AVE UNIT 3D
NEW YORK, NY 10022-4402

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: MAR 22 2019

DOUGLAS C. PALMER
CLERK OF COURT

_Signature of Clerk or Deputy Clerk_